UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RODGERICK SEAN BOOTH,

    Plaintiff,

v.                                            Case No. 2:05-CV-240

WILLIAM BOTOS, et al.,              HON. GORDON J. QUIST

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

In accordance with the Opinion filed on this date, and after conducting a *de novo* review of the Report and Recommendation issued on March 27, 2008,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (docket no. 67), filed March 27, 2008, is approved and adopted as the Opinion of the Court, and Defendant's Motion for Summary Judgment (docket no. 59) is **GRANTED**.

**IT IS FURTHER ORDERED** that there is no good-faith basis for appeal within the meaning of 28 U.S.C. § 1915(a)(3).

This case is **concluded**.


Dated: June 5, 2008                                    /s/ Gordon J. Quist
                                                            GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE